Joseph J. Saltarelli
Jacob F.M. Oslick
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York  10166
(212) 309-1000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COASTAL SHEET METAL CORP.,

                        Plaintiff,

              - against -

WACHOVIA BANK NA,

                        Defendant.

------------------------------------------------------------X

JUDGE PRESKA

07 CV 6898

Civil Action No.

**RULE 7.1 DISCLOSURE STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Defendant Wachovia Bank, N.A. is a wholly-owned subsidiary of Wachovia Corporation, a financial services holding company which is a publicly traded corporation on the New York Stock Exchange under the symbol WB.

No publicly held corporations own 10% or more of Wachovia Corporation stock.

Dated: New York, New York
       July 31, 2007

                             HUNTON & WILLIAMS LLP

                             By: _____
                             Joseph J. Saltarelli
                             Jacob F.M. Oslick
                             200 Park Avenue
                             New York, New York 10166
                             (212) 309-1000

                             Attorneys for Defendant
                             Wachovia Bank National Association