IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

COASTAL SHEET METAL CORP.

          Plaintiff,

vs.

WACHOVIA BANK NA,

          Defendant.

Civ. No.  07 cv 6898(LAP)(THK)

APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff Coastal Sheet Metal Corp.

    I certify that I am admitted to practice in this Court.

Dated: August 2, 2007
New York, New York

*[signature]*

Steven R. Montgomery (SM4514)
SULLIVAN GARDNER PC
Attorneys for Plaintiff
475 Park Avenue South
New York, New York 10016
(212) 687-5900
sm@sullivangardner.net