Joseph J. Saltarelli
Jacob F.M. Oslick
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York  10166
(212) 309-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
COASTAL SHEET METAL CORP.,                                        :
                                                                  :
                              Plaintiff,                          :   Civil Action No. 07-CV-6898 (LAP)
                                                                  :
             - against -                                          :
                                                                  :   **DECLARATION OF SERVICE**
WACHOVIA BANK NA,                                                 :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant Wachovia Bank NA.

That on July 31, 2007, I served a true copy of the following documents:

- Notice of Removal;

- Rule 7.1 Disclosure Statement;

- Civil Cover Sheet;

- Individual Practice Rules of the Honorable Loretta A. Preska;

- Individual Practice Rules of Magistrate JudgeTheodore H. Katz;

- 3rd Amended Instructions for filing an Electronic Case or Appeal;

on Plaintiff's counsel at the address listed below, via First Class Mail, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2007

/s/ Bradford C. Mulder
Bradford C. Mulder

TO: Stephen R. Montgomery, Esq.
Sullivan Gardner PC
475 Park Avenue South, 30th Floor
New York, New York 10016

*Attorney for Plaintiff*