```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

COASTAL SHEET METAL CORP.,    :    07 CV 6898 (LAP)

             Plaintiff,    :    **MEMORANDUM**

    v.    :

WACHOVIA BANK NA,    :

             Defendant.    :

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Wachovia Bank NA and/or its affiliates.

So Ordered:

Dated: New York, New York
       August 7, 2007

                                     */s/ Loretta A. Preska*
                                     LORETTA A. PRESKA, U.S.D.J.

CGRHWACHOVIA