UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

COASTAL SHEET METAL CORP.,

                          Plaintiff,

          - against -

WACHOVIA BANK, N.A.,

                          Defendant.
------------------------------------------------------X

07-CV-6898-LAP

**STIPULATION**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07
```

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

Wachovia Bank, N.A.'s time to answer, move against, or otherwise respond to the Complaint is

extended through and including September 7, 2007.


Dated:  New York, New York
        August 20, 2007


SULLIVAN GARDNER PC                         HUNTON & WILLIAMS LLP

By: _____                By: _____
    Steven R. Montgomery                        Joseph J. Saltarelli
    475 Park Avenue South, 30th Fl.             200 Park Avenue
    New York, New York  10016                   New York, New York  10166
    (212) 687-5900                              (212) 309-1000

Attorneys for Plaintiff                     Attorneys for Defendant


SO ORDERED:

_____
        U.S.D.J.

August 21, 2007