```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
COASTAL SHEET METAL CORP.,

                Plaintiff,

    - against -                07-CV-6898-LAP

WACHOVIA BANK, N.A.,            STIPULATION

                Defendant.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Wachovia Bank, N.A.'s time to answer, move against, or otherwise respond to the Complaint is extended through and including September 21, 2007.

Dated: New York, New York
       September 6, 2007

SULLIVAN GARDNER PC              HUNTON & WILLIAMS LLP

By: _____      By: _____
Steven R. Montgomery                Jacob F.M. Oslick
475 Park Avenue South, 30th Fl.      200 Park Avenue
New York, New York 10016          New York, New York 10166
(212) 687-5900                        (212) 309-1000

Attorneys for Plaintiff                Attorneys for Defendant

So-Ordered:

_____
U.S.D.J.
September 12, 2007