Joseph J. Saltarelli
Jacob F.M. Oslick
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York  10166
(212) 309-1000

Attorneys for Wachovia Bank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
COASTAL SHEET METAL CORP.,                                :
                                                          :
                            Plaintiff,                    :
                                                          :
          - against -                                     :          07-CV-6898-LAP
                                                          :
WACHOVIA BANK, N.A.,                                      :          **NOTICE OF MOTION**
                                                          :
                            Defendant.                    :
                                                          :
-------------------------------------------------------------X

        PLEASE TAKE NOTICE that, upon the Declaration of Joseph J. Saltarelli, executed
September 21, 2007, with exhibit thereto, the Affidavit of Timothy O. Merck, sworn September
21, 2007, with exhibits thereto, and the accompanying Memorandum of Law, Defendant
Wachovia Bank, N.A., moves, pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing the
Complaint, and awarding costs, disbursements and such other relief as the Court deems just.


Dated:  New York, New York
        September 21, 2007

                                        Respectfully Submitted,

                                        HUNTON & WILLIAMS LLP


                                        By:_____
                                           Joseph J. Saltarelli
                                           Jacob F.M. Oslick
                                           200 Park Avenue
                                           New York, New York  10166
                                           (212) 309-1000

                                        Attorneys for Wachovia Bank, N.A.

- 2 -

TO:    Steven R. Montgomery, Esq.
       SULLIVAN GARDNER PC
       475 Park Avenue South, 33rd Floor
       New York, New York  10016

       Attorneys for Plaintiff

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk for the law firm of Hunton & Williams LLP, attorneys for Wachovia Bank, N.A.

That on September 21, 2007, I served a true copy of the attached Notice of Motion, on Plaintiff's counsel via the Court's ECF System and via First Class Mail, to the address listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2007.

Bradford C. Mulder

TO:    Brian L. Gardner, Esq.
Sullivan Chester & Gardner, P.C.
475 Park Avenue South, 33rd Floor
New York, New York 10016