# Exhibit A

# To Affidavit of Timothy O. Merck

Account Number - 00000200000087594744. Bank/Org - 075 - NJ / NY / PA

| Posting Date | Amount | Serial Number | Sequence Number | Type | Status | Source | References | Descriptext | Cap.Cycle | Cap.Date | Eff. Date | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/16/01 | $33,392.00 | | 00000000000093436 | Credit | Posted Items | Check Processing | | | | 2/16/01 | | 00000 |
| 2/22/01 | $2,550.00 | | 00000000000087400 | Credit | Posted Items | Check Processing | | | | 2/23/01 | | 00000 |
| 2/26/01 | $49.78 | | 00000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 3/1/01 | $5,450.00 | 000000000000001 | 000000000000713853 | Debit | Posted Items | Check Processing | | | | 3/1/01 | | 00000 |
| 3/14/01 | $40,625.00 | | 000000000000677422 | Credit | Posted Items | Check Processing | | | | 3/14/01 | | 00000 |
| 3/29/01 | $48,149.00 | | 00000000000532265 | Credit | Posted Items | Check Processing | | | | 3/29/01 | | 00000 |
| 3/30/01 | $251.79 | | 00000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 4/1/01 | $100.00 | | 00000000000000000 | Debit | Posted Items | All Other Transactions | | | | | | 00000 |
| 4/18/01 | $9,000.00 | | 0000000000859775362 | Credit | Posted Items | Check Processing | | | | 4/18/01 | | 00000 |
| 4/26/01 | $41,028.06 | | 00000000000033126 | Credit | Posted Items | Check Processing | | | | 4/20/01 | | 00000 |
| 4/26/01 | $2,188.29 | | 0000000000669332118 | Debit | Posted Items | Check Processing | | | | 4/26/01 | | 00000 |
| 4/26/01 | $2,805.00 | 000000000000001 | 0000000000595502939 | Debit | Posted Items | Check Processing | | | | 4/26/01 | | 00000 |
| 4/27/01 | $6,098.00 | | 0000000000169205165 | Debit | Posted Items | Check Processing | | | | 4/27/01 | | 00000 |
| 4/30/01 | $721.05 | | 00000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 4/30/01 | $4,500.00 | 000000000000004 | 0000000000562698 | Debit | Posted Items | Check Processing | | | | 4/30/01 | | 00000 |
| 5/1/01 | $1,990.00 | | 00000000000137554 | Credit | Posted Items | Check Processing | | | REDACTED | 5/1/01 | | 00000 |
| 5/21/01 | $1,400.00 | 000000000000005 | 0000000000125808508 | Debit | Posted Items | Check Processing | | | Monday | 5/21/01 | | 00000 |
| 5/23/01 | $13,250.00 | 000000000000005 | 000000000005624629473 | Debit | Posted Items | Check Processing | | | Tuesday | 5/22/01 | | 00000 |
| 5/31/01 | $1,992.67 | | 0000000000000201 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 6/6/01 | $12,598.50 | 000000000000007 | 05000000000024125650N | Debit | Posted Items | Check Processing | | | Wednesday | 6/6/01 | | 00000 |
| 6/12/01 | $7,200.00 | 000000000000009 | 00000000000563198709 | Debit | Posted Items | Check Processing | | | Tuesday | 6/12/01 | | 00000 |
| 6/14/01 | $112,815.53 | 000000000030105 | 0000000000054220313845 | Debit | Posted Items | Check Processing | | | Thursday | 6/14/01 | | 00000 |
| 6/15/01 | $1,050.00 | 000000000000009 | 00000000001219942305 | Debit | Posted Items | Check Processing | | | Friday | 6/15/01 | | 00000 |
| 6/29/01 | $941.63 | | 0000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 7/11/01 | $4,806.02 | 000000000000102 | 0030000000562444984 | Debit | Posted Items | Check Processing | | | Wednesday | 7/11/01 | REDACTED | 00000 |
| 7/13/01 | $4,350.00 | 000000000081001 | 00000000005221787242 | Debit | Posted Items | Check Processing | | | Friday | 7/13/01 | | 00000 |
| 7/23/01 | $58,812.60 | 000000000030105 | 0000000000070625235650 | Credit | Posted Items | Check Processing | | | Monday | 7/23/01 | | 00000 |
| 7/30/01 | $5,100.00 | 000000000011003 | 000000000072639317406 | Debit | Posted Items | Check Processing | | | Tuesday | 7/31/01 | | 00000 |
| 7/31/01 | $541.33 | | 00000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 8/1/01 | $20,050.00 | | 0030000005622824865 | Debit | Posted Items | Check Processing | | | Wednesday | 8/1/01 | | 00000 |
| 8/16/01 | $3,278.00 | 000000000011004 | 00000000000023502861 | Debit | Posted Items | Check Processing | | | Thursday | 8/16/01 | | 00000 |
| 8/31/01 | $467.31 | | 00000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 9/10/01 | $27,500.00 | 000000000011005 | 0000000000512625823 | Debit | Posted Items | Check Processing | | | Monday | 9/10/01 | | 00000 |
| 9/19/01 | $500.00 | 000000000011006 | 00000000005924471316 | Debit | Posted Items | Check Processing | | | Tuesday | 9/11/01 | | 00000 |
| 9/26/01 | $222.94 | | 00000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 10/11/01 | $12,560.00 | 000000000011007 | 000000000095616152 | Debit | Posted Items | Check Processing | | *Deposited Items = 00001 | Thursday | 10/11/01 | | 00000 |
| 10/31/01 | $170.07 | | 0000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 11/3/01 | $8,300.00 | | 00000000002111305 | Debit | Posted Items | Check Processing | | | Friday | 11/3/01 | | 00000 |
| 11/27/01 | $750.00 | 000000000001008 | 00000000002462664 | Debit | Posted Items | Check Processing | | | Tuesday | 11/27/01 | | 00000 |
| 11/30/01 | $3,895.00 | | 0000000000523045344 | Credit | Posted Items | Check Processing | | *Deposited Items = 00001 | Friday | 11/30/01 | | 00000 |
| 11/30/01 | $124.04 | | 00000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |

Page 1

Account Number - 000020000008759474. Bank/Org - 075 - NJ / NY / PA

| Posting Date | Amount | Serial Number | Sequence Number | Type | Status | Bкarea | Reference | Description | Cap Cycle | Cap.Date | Eff Date | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/01 | $3,066.00 | 00000000000001659 | 00000000000000000000 | Debit | Posted Items | Check Processing | REDACTED | | Tuesday | 12/4/01 | | 00000 |
| 12/17/01 | $5,446.35 | 00000000000001010 | 9000000001421717834 | Debit | Posted Items | Check Processing | | | Monday | 12/17/01 | | 00000 |
| 12/31/01 | $131.95 | | 0000000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 1/4/02 | $474.04 | | 07000000000055215584101 | Credit | Posted Items | Check Processing | | | Friday | 1/4/02 | | 00000 |
| 1/25/02 | $30,000.00 | 0000000000001011 | 00000000000099211145031 | Debit | Posted Items | Check Processing | *Deposited Items = 00001 | | Thursday | 1/25/02 | | 00000 |
| 1/28/02 | $250.00 | 0000000000001013 | 0000000000088211455041 | Debit | Posted Items | Check Processing | | | Tuesday | 1/28/02 | | 00000 |
| 1/29/02 | $40,000.00 | 0000000000001012 | 000000000059311555044 | Debit | Posted Items | Check Processing | | | Tuesday | 1/29/02 | | 00000 |
| 1/31/02 | $109.58 | | 00000000000000000015 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 2/8/02 | $4,725.00 | | 0000000000057523910 | Credit | Posted Items | Check Processing | REDACTED | | Friday | 2/8/02 | | 00000 |
| 2/11/02 | $15.00 | | 00000000000002000900 | Debit | Posted Items | All Other Transactions | | | | | | 00000 |
| 2/25/02 | $3,550.00 | | 0000000000000081194 | Credit | Posted Items | Check Processing | | | Monday | 2/25/02 | | 00000 |
| 2/28/02 | $9.18 | | 00000000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 3/5/02 | $250.00 | | 0000000000005520653271 | Credit | Posted Items | Check Processing | | | Tuesday | 3/5/02 | | 00000 |
| 3/6/02 | $7,500.00 | 00000000000001014 | 0000000000000000008 | Debit | Posted Items | Check Processing | *Deposited Items = 00001 | | Friday | 2/8/02 | | 00000 |
| 3/11/02 | $15.98 | | 00000000000020363499 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 3/14/02 | $2,100.00 | 0000000000001015 | 00000000000524193787 | Debit | Posted Items | Check Processing | | | Thursday | 3/14/02 | | 00000 |
| 3/29/02 | $21.38 | | 0000000000070000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 4/2/02 | $250.00 | 0000000000001016 | 00000000000048022988548 | Debit | Posted Items | Check Processing | *Deposited Items = 00001 | | Tuesday | 4/2/02 | | 00000 |
| 4/4/02 | $15.00 | | 000000000000000000900 | Debit | Posted Items | All Other Transactions | | | | | | 00000 |
| 4/17/02 | $15.00 | | 00000000000000535129 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 4/17/02 | $18.00 | | 0000000000020000555129 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 4/24/02 | $1,250.00 | 00000000000001017 | 0000000000005231900057 | Debit | Posted Items | Check Processing | | | Wednesday | 4/24/02 | | 00000 |
| 4/30/02 | $27.94 | | 0000000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 5/31/02 | $29.71 | | 00000000000000000081 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 6/13/02 | $1,500.00 | | 00000000000042225948205 | Credit | Posted Items | Check Processing | | | Thursday | 6/13/02 | | 00000 |
| 6/28/02 | $25.09 | | 0000000000000000007 | Credit | Posted Items | All Other Transactions | *Deposited Items = 00001 | | Thursday | 6/13/02 | | 00000 |
| 7/31/02 | $29.23 | | 00000000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 8/6/02 | $710.00 | | 0000000000069233519 | Credit | Posted Items | Check Processing | *Deposited Items = 00001 | | Tuesday | 8/6/02 | | 00000 |
| 8/9/02 | $525.00 | | 00000000001259632224 | Credit | Posted Items | Check Processing | *Deposited Items = 00001 | | Friday | 8/9/02 | | 00000 |
| 8/20/02 | $525.98 | | 000000000054211031820 | Credit | Posted Items | Check Processing | *Deposited Items = 00001 | | Tuesday | 8/20/02 | | 00000 |
| 8/30/02 | $24.53 | | 0000000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 9/4/02 | $525.00 | | 00000000005121583252 | Credit | Posted Items | Check Processing | *Deposited Items = 00001 | | Wednesday | 9/4/02 | | 00000 |
| 9/13/02 | $525.00 | | 00000000005428361139 | Credit | Posted Items | Check Processing | *Deposited Items = 00001 | | Friday | 9/13/02 | | 00000 |
| 9/30/02 | $6,000.00 | | 000000000002525872891 | Credit | Posted Items | Check Processing | *Deposited Items = 00001 | | Monday | 9/30/02 | | 00000 |
| 9/30/02 | $26.41 | | 0000000000000000001 | Credit | Posted Items | All Other Transactions | | | | | | 00000 |
| 10/28/02 | $2,804.20 | 0000000000001018 | 000000000075215911945 | Debit | Posted Items | Check Processing | REDACTED | | Tuesday | 10/28/02 | | 00027 |
| 10/29/02 | $900.07 | 0000000000001019 | 000000000002011336 | Debit | Posted Items | Check Processing | | | Tuesday | 10/29/02 | | 00001 |
| 10/31/02 | $35.91 | | 0000000000000000001 | Credit | Posted Items | All Other Transactions | INTEREST FROM 10/01/2002 THROUGH 10/31/2 | | | 10/31/02 | | 00496 |
| 11/8/02 | $9,000.00 | | 00000000031281992315 | Credit | Posted Items | Check Processing | Deposited Items = 00001 | | Friday | 11/8/02 | | 00091 |
| 11/29/02 | $32.14 | | 0000000000000001 | Credit | Posted Items | All Other Transactions | INTEREST FROM 11/01/2002 THROUGH 11/29/2 | | | 11/29/02 | | 00499 |
| 12/16/02 | $4,400.00 | 0000000000001021 | 000000000552540908 | Debit | Posted Items | Check Processing | REDACTED | | Monday | 12/16/02 | | 00001 |

Page 2

Account Number - 00000200000008759474 - Bank/Org - 075 - NJ / NY / PA

| Posting Date | Amount | Serial Number | Sequence Number | Type | Status | Source | Reference | Description | Cap. Cycle | Cap. Date | Eff. Date | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/02 | $5,500.00 | 0900000050001022 | 00000000080050377077 | Debit | Posted Items | Check Processing | | | Monday | 12/23/02 | 12/23/02 | 00901 |
| 12/27/02 | $7,950.00 | | 00050000080029860478 | Credit | Posted Items | Check Processing | | | Friday | 12/27/02 | 12/27/02 | 00901 |
| 12/31/02 | $91.12 | | 00050000000000000001 | Credit | Posted Items | All Other Transactions | Deposited Items = 00001 | INTEREST FROM 11/30/2002 THROUGH 12/31/2 | | | 12/31/02 | 00499 |
| 1/17/03 | $8,250.00 | 000000000200001023 | 00000000004232256610 | Debit | Posted Items | Check Processing | | | Friday | 1/17/03 | 1/17/03 | 00901 |
| 1/22/03 | $1,000.00 | 000000000500001024 | 00000000009512602554D | Debit | Posted Items | Check Processing | | | Wednesday | 1/22/03 | 1/22/03 | 00901 |
| 1/27/03 | $12,000.00 | 000000000500001025 | 00000004906002529494 | Debit | Posted Items | Check Processing | | | Monday | 1/27/03 | 1/27/03 | 00901 |
| 1/31/03 | $23.11 | | 00000000000000000001 | Credit | Posted Items | All Other Transactions | | INTEREST FROM 01/01/2003 THROUGH 01/31/2 | | | 1/31/03 | 00499 |
| 2/6/03 | $6,500.00 | 090000000501024 | 00000000080222985082 | Debit | Posted Items | Check Processing | | | Thursday | 2/6/03 | 2/6/03 | 00901 |
| 2/28/03 | $1.77 | | 00000000000000000001 | Credit | Posted Items | All Other Transactions | | INTEREST FROM 02/01/2003 THROUGH 02/28/2 | | | 2/28/03 | 00499 |
| 3/12/03 | $12.00 | | 00000000000000000000 | Debit | Posted Items | All Other Transactions | | COMMERCIAL SERVICE CHARGES FOR FEBRUARY | | | 3/12/03 | 00076 |
| 3/31/03 | $1.20 | | 00000000000000000001 | Credit | Posted Items | All Other Transactions | | INTEREST FROM 03/01/2003 THROUGH 03/31/2 | | | 3/31/03 | 00499 |
| 4/7/03 | $0.25 | | 00000000000000000002 | Credit | Posted Items | All Other Transactions | | INTEREST FROM 04/01/2003 THROUGH 04/07/2 | | | 4/7/03 | 00499 |
| 4/7/03 | $1,570.27 | | 00000007987145000006 | Debit | Posted Items | All Other Transactions | | | | | 4/7/03 | 00281 |

Page 3