# Exhibit B

# To Affidavit of Timothy O. Merck

Business High Performance Money Market

01   2000008759474 751 130      0  40           Replacement Statement      075

COASTAL SUN METALS INC
139 EAST QUACKENBUSH AVE              CB
DUMONT NJ 07628

Business High Performance Money Market              3/01/2003 thru 3/31/2003

Account number:       2000008759474
Account holder(s):    COASTAL SUN METALS INC
Taxpayer ID Number:

### Account Summary

| | |
|---|---|
| Opening balance 3/01 | $1,580.84 |
| Interest paid | 1.20 + |
| Other withdrawals and service fees | 12.00 - |
| Closing balance 3/31 | $1,570.04 |

### Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| 3/31 | 1.20 | INTEREST FROM 03/01/2003 THROUGH 03/31/2003 | 000000000000001 |
| Total | $1.20 | | |

### Interest

| | |
|---|---|
| Number of days this statement period | 31 |
| Annual percentage yield earned | 0.90 % |
| Average interest balance | $1,573.09 |
| Interest earned this statement period | $1.20 |
| Interest paid this statement period | $1.20 |
| Interest paid this year | $26.08 |

### Interest Rate Summary

| Dates | Rate % | Dates | Rate % | Dates | Rate % |
|---|---|---|---|---|---|
| 3/01 - 3/31 | 0.90 | | | | |

### Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 3/12 | 12.00 | COMMERCIAL SERVICE CHARGES FOR FEBRUARY 2003 | 000000000000000 |
| Total | $12.00 | | |

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 03/12 | 1,568.84 | 03/31 | 1,570.04 | | |

FIRST UNION NATIONAL BANK , RSB - DUMONT                page 1 of 2

Business High Performance Money Market

02    2000008759474 751 130      0  40          Replacement Statement        075

Customer Service Information

For questions about your statement
or billing errors, contact us at:    Phone Number    Address

Business Checking, CheckCard & Loan
Accounts                              1-800-566-3862 FIRST UNION NATIONAL BANK
Commercial Checking & Loan Accounts   1-800-222-3862 NC8502
TDD (For the Hearing Impaired)        1-800-835-7721 P O BOX 563966
                                                     CHARLOTTE NC 28262-3966

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
1-800-222-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon
as you can, if you think your statement or receipt is wrong or if you need more information
about a transfer on the statement or receipt.  We must hear from you no later than 60 days
after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

Business High Performance Money Market

01    2000008759474 751 130        0   40            Replacement Statement         075

```
COASTAL SUN METALS INC
139 EAST QUACKENBUSH AVE          CB
DUMONT NJ  07628
```

Business High Performance Money Market                    4/01/2003 thru 4/30/2003

Account number:       2000008759474
Account holder(s):    COASTAL SUN METALS INC

Taxpayer ID Number:   REDACTED

## Account Summary

| | |
|---|---:|
| Opening balance 4/01 | $1,570.04 |
| Interest paid | 0.23 + |
| Other withdrawals and service fees | 1,570.27 - |
| Closing balance 4/30 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| 4/07 | 0.23 | INTEREST FROM 04/01/2003 THROUGH 04/07/2003 | 000000000000002 |
| Total | $0.23 | | |

## Interest

| | |
|---|---:|
| Number of days this statement period | 6 |
| Annual percentage yield earned | 0.90 % |
| Average interest balance | $1,570.04 |
| Interest earned this statement period | $0.23 |
| Interest paid this statement period | $0.23 |
| Interest paid this year | $26.31 |

### Interest Rate Summary

| Dates | Rate % | Dates | Rate % | Dates | Rate % |
|---|---|---|---|---|---|
| 4/01 - 4/06 | 0.90 | 4/07 - 4/30 | 0.00 | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 4/07 | 1,570.27 | DEBIT TO CLOSE ACCOUNT | 000758714500000 |
| Total | $1,570.27 | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 04/07 | 0.00 | | | | |

AS YOU REQUESTED, YOUR ACCOUNT IS NOW CLOSED AND THIS IS THE
FINAL STATEMENT.  IF YOU HAVE ANY QUESTIONS OR WISH TO REOPEN
THIS ACCOUNT, CALL US AT 1-800-275-3862 OR CONTACT YOUR LOCAL
FINANCIAL CENTER.  WE APPRECIATE YOUR BUSINESS.

FIRST UNION NATIONAL BANK , RSB - DUMONT                    page 1 of 2

Business High Performance Money Market

02    2000008759474 751 130        0  40            Replacement Statement       075

Customer Service Information

For questions about your statement
or billing errors, contact us at:        Phone Number    Address

Business Checking, CheckCard & Loan
Accounts                                 1-800-566-3862  FIRST UNION NATIONAL BANK
Commercial Checking & Loan Accounts      1-800-222-3862  NC8502
TDD (For the Hearing Impaired)           1-800-835-7721  P O BOX 563966
                                                         CHARLOTTE NC 28262-3966

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
1-800-222-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon
as you can, if you think your statement or receipt is wrong or if you need more information
about a transfer on the statement or receipt.  We must hear from you no later than 60 days
after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

FIRST UNION NATIONAL BANK , RSB - DUMONT                                   page 2 of 2