# Exhibit C

# To Affidavit of Timothy O. Merck



ATM/Branch Home



# Branch Details

- General Information
- Hours
- ATM Information
- Directions

| General Info<br>Back to top | Name | Dumont Financial Center | |
|---|---|---|---|
| | Number | 95743 | |
| | Address line 1 | Two W Madison Ave | |
| | Address line 2 | | |
| | City | Dumont | |
| | County | Bergen | |
| | State | NJ | |
| | Zip | 07628 | |
| | Published Phone Number | (201) 712-3052 | |
| | Fax | (201) 387-2722 | |
| | Internal Phone Number | (201) 244-2500<br>For internal use only. Do not give this number to a customer. | |
| | Mail code | NJ1175 | |
| | Cosub/RC | 3011/0800364 | |
| | Pricing Region | N/A | |
| **Hours**<br>Back to top | Lobby | Sunday | N/A |
| | | Monday | 9:00 AM - 6:00 PM |
| | | Tuesday | 9:00 AM - 3:00 PM |
| | | Wednesday | 9:00 AM - 3:00 PM |
| | | Thursday | 9:00 AM - 3:00 PM |
| | | Friday | 9:00 AM - 3:00 PM |
| | | Saturday | 9:00 AM - 2:00 PM |
| | Drive-In | Sunday | N/A |
| | | Monday | 8:30 AM - 6:00 PM |
| | | Tuesday | 8:30 AM - 5:00 PM |
| | | Wednesday | 8:30 AM - 5:00 PM |
| | | Thursday | 8:30 AM - 5:00 PM |
| | | Friday | 8:30 AM - 6:00 PM |
| | | Saturday | 9:00 AM - 2:00 PM |
| **ATM Info**<br>Back to top | Dumont Financial Center | | |
| **Directions**<br>Back to top | Across from the Old North Reformed Church | | |



http://locator.wachovia.net/AtmBranch.aspx                                       9/20/07

PAGE 3/25 * RCVD AT 9/20/2007 1:22:41 PM [Eastern Daylight Time] * SVR:RIRIGHTFAX/13 * DNIS:11824 * CSID:770 321 2364 * DURATION (mm-ss):27-34



http://locator.wachovia.net/AtmBranch.aspx                9/20/07

PAGE 4/25 * RCVD AT 9/20/2007 1:22:41 PM [Eastern Daylight Time] * SVR:RIRIGHTFAX/13 * DNIS:11824 * CSID:770 321 2364 * DURATION (mm-ss):27-34