Exhibit D

To Affidavit of Timothy O. Merck

REDE Page 3 of 3



```
REQUEST 000002475925000000 0.00
ROLL ECIA   20010420  000000000000000+
JOB ECIA  F  ACCT 0000000000000000
REQUESTOR Timothy Merck
Lawsuit against bank

Timothy Merck
```

REDE Page 2 of 3



REQUEST 00002475925000000 84028.00
ROLL ECIA  20010420 000005600332128+
JOB ECIA  F  ACCT
REQUESTOR Timothy Merck
Lawsuit against bank

Timothy Merck

REDE Page 3 of 3



REQUEST 000024759340000000 0.00
ROLL ECIA   20010427  0000000000000000+
JOB ECIA  F  ACCT 0000000000000000
REQUESTOR Timothy Merck
Lawsuit against bank

Timothy Merck

REDE Page 2 of 3



REQUEST 00002475934000000 5000.00
ROLL ECIA   20010427  000005100208155+
JOB ECIA  F  ACCT
REQUESTOR Timothy Merck
Lawsuit against bank

Timothy Merck

96026

**T. MORIARTY & SON, INC.**
**CONTRACTORS & ENGINEERS**

THIS CHECK IS DELIVERED FOR PAYMENT ON THE FOLLOWING ACCOUNTS

| DATE | AMOUNT |
|---|---|
| Inv # | |
| 4/20/01 | |
| TOTAL OF INVOICES | |
| LESS ___ % DISCOUNT | |
| LESS | |
| TOTAL DEDUCTIONS | |
| AMOUNT OF CHECK | |

DATE 5/3/01

PAY TO THE ORDER OF  Coastal Sheet Metal Corp.   $ 1,500.00

T. MORIARTY & SONS, INC.  1500 DOLS 00 CTS  DOLLARS

EAB  211 Montague St  Brooklyn, NY 11201

J. Moriarty Jr.

REDACTED

FOR DEPOSIT
C.S.M.
2000008759474

REDACTED

REQUEST 000002475937000000 0.00
ROLL ECIA  20010511  000000000000000+
JOB ECIA  F  ACCT
REQUESTOR Timothy Merck
Lawsuit against bank

Timothy Merck



REDE Page 2 of 3

REQUEST 00002475937 000000 1500.00
ROLL ECIA
JOB ECIA F ACCT
REQUESTOR Timothy Merck
Lawsuit against bank

Timothy Merck