

**Exhibit E**

**To Affidavit of Timothy O. Merck**

RJR MECHANICAL  04-01

REDACTED

SKYLANDS COMMUNITY BANK
24-26 CROSSROADS CTR (RT. 517)
HACKETTSTOWN, NJ 07840
55-999/212

70279

6/28/2001

Pay to the
Order of    Coastal Sheet Metal                                          $  **36,812.50

Thirty-Six Thousand Eight Hundred Twelve and 50/100•••••••••••••••••••••••••••••••••••••Dollars

Coastal Sheet Metal
1280 Randall Avenue
Bronx, NY 10474

memo    March 1, 2001 to May 31, 2001

REDACTED

FOR DEPOSIT
C.S.M.
2000087398474

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $36,812.50 | REDACTED | | REDACTED | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000008759474 | 7/23/01 | $36,812.50 | | 00000000007925235030 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.





| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $28,000.00 | 000000000004968 | 002100002 | REDACTED | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---------|------|--------|---------------|----------|--------|
| 000002000008759474 | 8/1/01 | $28,000.00 | | 00000000006022524655 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 1



| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $6,500.00 | REDACTED | 002100008 | | REDACTED | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000008759474 | 11/9/01 | $6,500.00 | | 000000000006021141020 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



**R&L Heating & Air Conditioning, Inc.**
REDACTED

Community Capital Bank
111 Livingston St.
Brooklyn, NY 11201

1-1248/260

005467

Pay: ****************************Three thousand six hundred dollars and no cents

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | November 28, 2001 | 5467 | $******3,600.00 |

PAY
TO THE
ORDER
OF

Coastal Sheet Metal Corp.
1280 Randall Avenue
Bronx, NY  10474

MP

REDACTED                    REDACTED



ENDORSE HERE
FOR DEPOSIT
C.S.M.
2000008758474

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $3,600.00 | 000000000005467 | 002601248 | REDACTED | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000008759474 | 11/30/01 | $3,600.00 | | 00000000005523645344 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 1

04  301142

**Cooper electric supply, co.**
bergenfield

FIRST UNION NATIONAL BANK

DATE 12/27/01     55-2-212

PAY TO THE ORDER OF _Coastal Shut Metal_     $ 474.04

_Four Hundred Seventy Four and 04/100_     DOLLARS

| REFUND RGA 05019124 | 563 | 42 |
| LESS SALE INV 05019375 | 29 | 38 |
| TOTAL REFUND | 474 | 04 |

_Maryann Notre_

REDACTED

►031000011◄
FIRST UNION NAT'L SVC-751
PHILADELPHIA PA 01042002

REDACTED

ENDORSE HERE
FOR DEPOSIT
C.S.M.
2000008759474

DO NOT WRITE

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $474.04 | 000000000301142 | 002120002 | | | DDA/SAV Emerald | OnUs |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000008759474 | 1/4/02 | $474.04 | | 00000000005523564101 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 1



| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $3,500.00 | 000000000086442 | 002100148 | | REDACTED | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000008759474 | 2/25/02 | $3,500.00 | | 00000000000820651154 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

**LARRY P. COHEN**
**JOY H. COHEN**

1-83
210
99915357

199

DATE 8/19/02

PAY TO THE
ORDER OF Coastal Sheet Metal                    $ 625 00/00

Six Hundred & Twenty-Five 00/100 ————— DOLLARS

**citibank**
CITIBANK, N A BR #3
111 WALL STREET
NEW YORK, NY 10005

1125 Close Ave

MEMO 26 P2 C

REDACTED

FOR DEPOSIT
C.S.M.
2000008759474

03700001140
FIRST UNION NATL SVC-751
PHILADELPHIA PA 00202002

REDACTED

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $625.00 | | 002100008 | | REDACTED | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000008759474 | 8/20/02 | $625.00 | | 00000000005521623820 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.

0092

PAY TO THE ORDER OF  Coastal Sheet Metal

DATE 8/30/02

$ 625 00/xx

Six Hundred & Twenty Five 00/xx                    DOLLARS

the Bank
SI Bank & Trust
1837 Victory Blvd.
Staten Island, NY 10314

1125 Close Ave

FOR  25 Pans  call  542-7000 -Peter

REDACTED

FOR DEPOSIT
C. S. M.
20000C8759474

►031000011◄
FIRST UNION NATL SVC-751
PHILADELPHIA PA 09042002

REDACTED

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $625.00 | 000000000000092 | 022607123 | REDACTED | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000008759474 | 9/4/02 | $625.00 | | 00000000005121883352 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

1007

**LARRY'S CONTRACTING PLUS, INC.**
**D/B/A LOOK ALARMED**

REDACTED

DATE 9/9/02

1-1313/260

PAY TO THE ORDER OF _Coastal Sheetmetal_ $625°°

_Six Hundred & Twenty-Five °°/100_ DOLLARS

**VICTORY**

FOR

REDACTED

▶031000011◀
FIRST UNION NATL SVC-751
PHILADELPHIA PA 09132992
5926856140

**FOR DEPOSIT**
**C.S.M.**
**2000008759474**

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $625.00 | REDACTED | 02601313 | REDACTED | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 0000020000008759474 | 9/13/02 | $625.00 | | 00000000005926856139 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.

**PERRY MECHANICAL CONTRACTORS CORP.**

CITIBANK, NA
51-31 NORTHERN BLVD.
WOODSIDE, NEW YORK 11377

1-8/210

30158

REDACTED

9-23-02

PAY
TO THE
ORDER OF  C, S, M

$ 6000 —
00
DOLLARS

Six Thousand ————— 100

Chore Hempstead 2-28-02

MEMO

Richard Morell

AUTHORIZED SIGNATURE

REDACTED

ENDORSE HERE

FOR DEPOSIT
C.S.M.
2000008759474

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

SEP 30 02

0088  3547

▶︎031000011◀︎
FIRST UNION NATL SVC-752
PHILADELPHIA PA 09302002

REDACTED

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| | | | | | | Transit |
| $6,000.00 | REDACTED | 002100008 | REDACTED | | | |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000008759474 | 9/30/02 | $6,000.00 | | 00000000000925572991 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 1

30329

**PERRY MECHANICAL CONTRACTORS CORP.**

CITIBANK, NA
51-31 NORTHERN BLVD.
WOODSIDE, NEW YORK 11377

1-8/210

~~REDACTED~~

12-22-02

PAY
TO THE
ORDER OF     *CSM*                                                    $ 7000 00

*Seven Thousand* ————————————————— 00/100    DOLLARS

MEMO    *Balance Paid in full*
        *Chas Hempstead*

_____
AUTHORIZED SIGNATURE

REDACTED

ENDORSE HERE

FOR DEPOSIT
C.S.M.
2000008759474

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

DEC 27 02

0094  36000

▶031000011◀
FIRST UNION NATL SVC-751
PHILADELPHIA PA 12272002

REDACTED

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $7,000.00 | REDACTED | 002100008 | REDACTED | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000008759474 | 12/27/02 | $7,000.00 | | 00000000006026658470 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.