**Exhibit F**

**To Affidavit of Timothy O. Merck**

INDEPENDENT TESTING & BALANCING CORP.    5693
REDACTED

DATE 1/29/02

PAY TO THE ORDER OF  CMS                    $ 4725.00
Four thousand seven hundred twenty five ——— 00/xx DOLLARS

CHASE  JPMorgan Chase Bank
76 North Main Street
New City, NY 10956

FOR  Inv# 5732

Diana Marrero

REDACTED

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $4,725.00 | | | REDACTED | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 1



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 0000002000008759474 | 2/8/02 | $4,725.00 | | 00000000005523236310 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $7,500.00 | | | | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 1



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 0000020000008759474 | 3/8/02 | $7,500.00 | | 00000000006020803469 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.





| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $1,300.00 | | REDACTED | | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 0000020000008759474 | 6/13/02 | $1,300.00 | | 00000000006022059205 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

**T. MORIARTY & SON, INC.**
CONTRACTORS & ENGINEERS

EAB
Brooklyn, NY 11207
1-148/210

**087868**

**REDACTED**

Pay: ********************************Seven hundred ten dollars and no cents

DATE: July 30, 2002    CHECK NO.: 87868    AMOUNT: $********710.00

PAY TO THE ORDER OF:
COASTAL SHEET METAL CORP.
and 2
1125 CLOSE AVENUE
BRONX, NY 10472

AUTHORIZED SIGNATURE

**REDACTED**

Endorsement: FOR DEPOSIT C.S.M. 2000008759474

►031000011◄
FIRST UNION NATL SVC-751
PHILADELPHIA PA

**REDACTED**

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $710.00 | | | REDACTED | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 1



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 0000002000008759474 | 8/6/02 | $710.00 | | 00000000005920035399 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 1

```
                                                                    12033
SANI-CHUTE ENVIRONMENTAL SERVICES, INC.    VICTORY STATE BANK
                                           STATEN ISLAND, NY 10306
                                           1-1313-260               8/7/02

PAY TO THE   Coastal Sheet Metal                           $625²²
ORDER OF     Six Hundred Twenty Five                       _____ DOLLARS

MEMO   25 pins                             [signature]

                        REDACTED
```

Endorsement: FOR DEPOSIT C.S.M. 2000008759474

Bank stamp: 031000114 FIRST UNION NATL SVC-751 PHILADELPHIA PA 03092002

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $625.00 | | | REDACTED | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.



| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 0000020000008759474 | 8/9/02 | $625.00 | | 00000000005125963224 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

**PERRY MECHANICAL CONTRACTORS CORP.**
REDACTED

CITIBANK, NA
51-31 NORTHERN BLVD.
WOODSIDE, NEW YORK 11377
1-8/210

30234

11-1-02

PAY TO THE ORDER OF CSM    $ 6000 00/100

Six Thousand ————————————————— DOLLARS

MEMO: OA – Chase Hul Hempstead

Authorized Signature: Richard J Morell

⑈030234⑈ ⑆021000089⑆   082517951⑈   ⑈0000600000⑈

ENDORSE HERE
FOR DEPOSIT
C.S.M.
2000008759474

⟶031000114⟵
FIRST UNION NATL SVC-751
PHILADELPHIA PA 11082002
REDACTED

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|---|---|---|---|---|---|---|
| $6,000.00 | | | REDACTED | | | Transit |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

**DEPOSIT TICKET**

55-2/212
BRANCH B5743

COASTAL SUN METALS INC
139 E QUACKENBUSH AVE
DUMONT, NJ 07628

DATE 11/8/02

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY OR ATTACH LIST

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS 1 | 30234 | 6000 |
| 2 | | |

TOTAL FROM ATTACHED LIST: 6000

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT

**First Union National Bank**
firstunion.com
Org. 075  R/T 021200025

TOTAL ITEMS: 1      $ 6000.00

⑆547505259⑆ 20000875474⑈   ⑆0000600000⑆