# Exhibit G

## To Affidavit of Timothy O. Merck

Received Fax :         Sep 21 2007 10:38AM     Fax Station :   Wachovia, N.A.              p. 5

SEP-21-2007 10:36 FROM:WACHOVIA        704 590 9719        TO:770 321 2364        P.5

```
TYD00020                              FIRST UNION NATIONAL BANK        DATE 02/08/02        PAGE  0011
SERVICE CENTER: 251   ORG 075         DAILY TRANSACTION REGISTER       TIME 21:30
BRANCH: 95743   DUMONT
```

| USER ID | CASH BOX # | SEQ # | TRAN DATE | TIME | ACCT # | OVRD | L/D | TRAN AMT | CASHIN | CASHOUT | DESC | BNK | T S | D S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

A500790

REDACTED

REDACTED

```
0037  39 02/08 11:49 200000875947?        1      1,725.00      0.00       0.00  CHECK DEPOSIT   0    ?
```



Received Fax :          Sep 21 2007 10:38AM     Fax Station :  Wachovia, N.A.           p. 6

SEP-21-2007 10:36 FROM:WACHOVIA        704 590 9719       TO:770 321 2364     P.6

```
TYDBD020                          FIRST UNION NATIONAL BANK         DATE 03/06/02         PAGE  2977
SERVICE CENTER:          OHC 075  DAILY TRANSACTION REGISTER        TIME 21.29
BRANCH 95741   DUMONT
```

| OPER ID | CASH BOX # | SEQ TRAN DATE | TIME | ACCT # | OVRD | L/D | TRAN AMT | CASHIN | CASHOUT | DESC | AMT FFD | T S | D S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

REDACTED

REDACTED

```
0106   93 03/08 11.29 2000008759474         L        7,500.00        0.00           0.00 CHECK DEPOSIT     D       T
```

REDACTED



Received Fax :        Sep 21 2007 10:38AM       Fax Station :   Wachovia, N.A.               P. 7

```
SEP-21-2007 10:36 FROM:WACHOVIA          704 590 9719       TO:770 321 2364        P.7
TYD90020                                 FIRST UNION NATIONAL BANK      DATE 06/13/02           PAGE 5504
SERVICE CENTER: 751   ORG 075            DAILY TRANSACTION REGISTER     TIME 21:09
BRANCH: 55743  DUMONT
```

| OPER ID | CASH BOX # | SEQ # | TRAN DATE | TIME | ACCT # | OVRD | L/D | TRAN AMT | CASHIN | CASHOUT | DESC | RMI FFD | T S | D S |

REDACTED


REDACTED

| 002* | 4 | 06/13 | 09:45 | 2000008753174 | | L | 1,380.00 | 0.00 | 0.00 | CHECK DEPOSIT | | U | F |

REDACTED

REDACTED


(5)

```
Received Fax :        Sep 21 2007 10:38AM    Fax Station :  Wachovia, N.A.           p. 8

SEP-21-2007 10:36 FROM:WACHOVIA        704 590 9719       TO:770 321 2364      P.8
TYDW0020                           FIRST UNION NATIONAL BANK       DATE 08/06/02        PAGE  5758
 SERVICE CENTER  751   ORG 075     DAILY TRANSACTION REGISTER      TIME 21:07
 BRANCH: 95743 - DUMONT

 OPER    CASH SEQ  TRAN  TIME     ACCT       OVRD L/    TRAN         CASHIN         CASHOUT         DESC         RMI  T  D
  ID     BOX  #    DATE                            D    AMT                                                      FFD  S  S

 A32/648 0082    22 08/06 10:07 A560773           L    2,000.00      2,000.00         0.00  BUY CASH
         0082    23 08/06 10:10 3874              L        0.00          0.00         0.00  INQ-NONUS CK
         0082    23 08/06 10:11 2000008759474     L      710.00          0.00         0.00  CHECK DEPOSIT       0        T
```

REDACTED

REDACTED

REDACTED



Received Fax :        Sep 21 2007 10:38AM    Fax Station :   Wachovia, N.A.           p. 9

SEP-21-2007 10:37 FROM:WACHOVIA           704 590 9719        TO:770 321 2364        P.9

```
TYDN0020                        FIRST UNION NATIONAL BANK         DATE 08/09/02      PAGE 7818
SERVICE CENTER: 761  ORO 075    DAILY TRANSACTION REGISTER        TIME 21:10
BRANCH: 90743 - DUMONT

OPER  CASH SEQ TRAN  TIME    ACCT      OVRD L/    TRAN          CASHIN         CASHOUT       DESC         RMI T D
 ID   BOX #   DATE            #              D    AMT                                                     FPD S S

      0024  35 08/09 12:19 2000008759474       L       625.00          0.00           0.00 CHECK DEPOSIT   0     T
```

REDACTED

REDACTED

REDACTED



Received Fax :        Sep 21 2007 10:38AM      Fax Station :   Wachovia, N.A.        p. 10

SEP-21-2007 10:37 FROM:WACHOVIA          704 590 9719        TO:770 321 2364        P.10

| TVDR0020 | | | | | FIRST UNION NATIONAL BANK | | | DATE 11/08/02 | | PAGE R158 |
| SERVICE CENTER: | | MC 075 | | | DAILY TRANSACTION REGISTER | | | TIME 21:35 | | |
| BRANCH: 95743  DUMONT | | | | | | | | | | |
| OPER ID | CASH DOX | SEQ # | TRAN DATE | TIME | ACCT # | OVRD | L/D | TRAN AMT | CASHIN | CASHOUT | DESC | RMI FFD | T S | O S |
| 0118 | 79 | | 11/08 | 14:29 | 2000008759174 | | L | 6,000.00 | 0.00 | 0.00 | CHECK DEPOSIT | | N | I |

REDACTED

REDACTED

REDACTED

REDACTED

(8)