OCT-02-2007 12:06 From:
10/02/2007 11:08  2125573113  SC_PC
To:2125573113
PAGE 03/03
P.2/2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/07

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COASTAL SHEET METAL CORP. | Civ. No. 07 cv 6898(LAP)(THK) |
| Plaintiff, | |
| vs. | **Stipulation** |
| WACHOVIA BANK NA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Plaintiff, Coastal Sheet Metal Corp.'s, time to file opposition papers to Defendant, Wachovia Bank, NA's motion to dismiss the complaint be extended through and including October 19, 2007.

Dated: October 2, 2007
New York, New York

Steven R. Montgomery (SM4314)
SULLIVAN GARDNER PC
Attorneys for Plaintiff
475 Park Avenue South
New York, New York 10016
(212) 687-5900

Jacob F.M. Oslick (JO1241)
HUNTON & WILLIAMS LLP
Attorneys for Defendant
200 Park Avenue
New York, New York 10166
(212) 309-1000

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
October 3, 2007