UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COASTAL SHEET METAL CORP,        07 cv 6898 (LAP)
               Plaintiff,
                                   Declaration of Steven R.
     -against-                         Montgomery

WACHOVIA BANK, N.A.,

               Defendant.
------------------------------------------------------------------X

       Steven R. Montgomery declares as follows:

       1.     I am an attorney representing Plaintiff in the above captioned matter. I have personal knowledge of the facts contained in this declaration.

       2.     I hereby incorporate by reference, as if attached hereto, Exhibits D, E and F from the Affidavit of Timothy O. Merck submitted in support of Defendant's motion to dismiss the complaint.

       3.     I further incorporate the factual statements made in Plaintiff's Memorandum of Law submitted in opposition to Defendant's motion to dismiss the complaint as if fully set forth herein.

       I declare under penalty of perjury that the forgoing is true and correct.

Dated: New York, New York
       October 18, 2007

                                   SULLIVAN GARDNER P.C.

                                   By: _____
                                   Steven R. Montgomery (SM4514)
                                   Attorneys for Plaintiff
                                   475 Park Avenue So., 33rd Floor.
                                   New York, New York 10016
                                   (212) 687-5900

TO:

Hunton & Williams LLP
Attorneys for Defendant
Wachovia Bank, N.A.
200 Park Avenue
New York, New York 10166