PRESKA, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

COASTAL SHEET METAL CORP.,

      Plaintiff,

 - against -        07-CV-6898-LAP

WACHOVIA BANK, N.A.,      <u>STIPULATION</u>

      Defendant.

-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/07

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Wachovia Bank, N.A.'s time to file Reply papers in support of its motion to dismiss the complaint is extended through and including November 1, 2007.

Dated: New York, New York
   October 19, 2007

SULLIVAN GARDNER PC      HUNTON & WILLIAMS LLP

By: _____  By: _____
Steven R. Montgomery       Jacob F.M. Oslick
475 Park Avenue South, 50th Fl.   200 Park Avenue
New York, New York 10016    New York, New York 10166
(212) 687-5900         (212) 309-1000

Attorneys for Plaintiff       Attorneys for Defendant

SO ORDERED:

_____
  U.S.D.J.

October 22, 2007