```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COASTAL SHEET METAL CORP.,

                Plaintiff,

07 CIVIL 6898 (LAP)

-against-

**JUDGMENT**

WACHOVIA BANK, N.A.,

                Defendant.
------------------------------------------------------------X

Defendant having moved to dismiss the complaint, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on May 9, 2008, having rendered its Order granting defendant's motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 9, 2008, defendant's motion to dismiss is granted; accordingly, the case is closed and all pending motions denied as moot.

**Dated:**  New York, New York
         May 9, 2008

                                                J. MICHAEL McMAHON
                                                  Clerk of Court
                      BY:

                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____